AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CLARKE, DONALD<br>7272 BRADFORD ROAD<br><br>UPPER DARBY   PA   19082 | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No.   PE54   3147986<br>USM No.   *13-M-880*<br><br>_____<br>Defendant's Attorney |

**THE DEFENDANT:** CLARKE, DONALD

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36CFR2.35(B)(2) | Possession of controlled substance: marijuana | 07/25/2013 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $175.00 | $ 0.00 | $ 150.00 | $ 25.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:
PHILADELPHIA, PA

July 25, 2013
Date of Imposition of Judgment

*[signature]*
Signature of Judge

UNITED STATES MAGISTRATE JUDGE
Name and Title of Judge

July 25, 2013
Date

DEFENDANT: CLARKE, DONALD
CASE NUMBER: PE54    3147986
DISTRICT: EASTERN DISTRICT OF PENNSYLVANIA

### Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: 08/10/1981

Defendant's Residential Address: 7272 BRADFORD ROAD

UPPER DARBY    PA   19082

Defendant's Mailing Address:
*(if different)*